No. 01–1350. INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 142, ET AL. *v.* CASUMPANG. C. A. 9th Cir. Certiorari denied.

No. 01–1351. HALLEEN CHEVROLET, INC., ET AL. *v.* GENERAL MOTORS CORP. ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 01–1358. WALLACE *v.* METHODIST HOSPITAL SYSTEM. C. A. 5th Cir. Certiorari denied.

No. 01–1364. JITNER *v.* COMMERCIAL FINANCIAL/SPC ACQUISITIONS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1369. PIERCE ET AL. *v.* BOSS ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–1371. PIMPER ET UX. *v.* GEORGIA EX REL. SIMPSON, ACTING DISTRICT ATTORNEY, ROME JUDICIAL DISTRICT. Sup. Ct. Ga. Certiorari denied.

No. 01–1373. MOLONEY COACHBUILDERS, INC. *v.* INTERNATIONAL ARMOR & LIMOUSINE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–1379. SPANAGEL *v.* SUPPORTIVE CARE SERVICES, INC. Sup. Ct. Del. Certiorari denied.

No. 01–1381. CALLAHAN *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 01–1386. HANSEN ET AL. *v.* AEROSPACE DEFENSE RELATED INDUSTRY DISTRICT LODGE 725 ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–1387. HICKS *v.* HARRISON. C. A. 11th Cir. Certiorari denied.

No. 01–1389. HAYWARD, PERSONAL REPRESENTATIVE OF THE ESTATE OF HAYWARD, DECEASED *v.* VALLEY VISTA CARE CORP. ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 01–1401. WALL ET AL. *v.* CHEVERIE ET AL. C. A. 2d Cir. Certiorari denied.